```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

BARBARA GEARHART,                    )
                                     ) Civil Action
                    Plaintiff        ) No. 02-CV-4022
                                     )
        vs.                          )
                                     )
VALLEY SPORTS & ARTHRITIS SURGEONS,  )
                                     )
                    Defendant        )


<u>SETTLEMENT CONFERENCE SCHEDULING ORDER</u>

NOW, this 30th day of December, 2002,

<u>IT IS ORDERED</u> that a settlement conference has been scheduled in the above-captioned case which has been attached for trial before Judge James Knoll Gardner.  Judge Gardner will conduct a settlement conference on January 14, 2003, at 1:30 o'clock p.m. in his chambers at Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania.

<u>IT IS FURTHER ORDERED</u> that all parties to the litigation, whether represented by counsel or not, and lead trial counsel of record for each party, shall attend the settlement conference.  In addition, unless ordered by Judge Gardner to be personally present, liability insurance company representatives with **final** settlement authority shall be available to counsel by telephone throughout the entire conference.

<u>IT IS FURTHER ORDERED</u> that counsel shall provide Judge Gardner by mail, delivery service, fax, or e-mail to be received by Judge Gardner not later than seven days prior to the conference, an informal memorandum which **shall not exceed two pages in length** and which shall include the following information:

1. A brief statement of the facts.
2. The party's liability contentions.
3. The party's damages contentions.
4. Enumeration of all special or liquidated damages claimed.
5. History of settlement negotiations, including all demands and offers.

<u>IT IS FURTHER ORDERED</u> that continuances will be granted only in extraordinary circumstances.  Requests for continuances must be signed by one counsel of record for each represented party and by all unrepresented parties.  Continuance requests shall be submitted on a continuance form approved by Judge Gardner at least ten days prior to the conference.


By: _____
    CHERYL E. SINCLAIR
    Civil Deputy Clerk to
    Honorable James Knoll Gardner
    Phone:  (610) 434-3457