IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA GEARHART, | : | |
| | : | |
| Plaintiff | : | Civil Action |
| | : | No. 02-CV-4022 |
| vs. | : | |
| | : | |
| VALLEY SPORTS & ARTHRITIS SURGEONS, | : | |
| | : | |
| Defendant | : | |

O R D E R

NOW, this 14th day of January, 2003, it appearing by agreement of counsel that the issues between plaintiff Barbara Gearhart and defendant Valley Sports & Arthritis Surgeons have been settled, and upon Order of the court pursuant to the provisions of Rule 41.1(b) of the Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania effective July 1, 1995,

IT IS ORDERED that this action is DISMISSED with prejudice, without costs.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge